```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                        :

ELAINE GREENWOOD, *individually and doing business as* Logres Farm,

                                Plaintiff,

                       -against-

AMERICAN KENNEL CLUB,

                                Defendant.
-------------------------------------------------------------- X

1:23-cv-10516-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       As stated on the record during the conference held on May 30, 2025, Defendant's motion to dismiss is due by June 27, 2025; Plaintiff's opposition is due four weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due two weeks after the date of service of Plaintiff's opposition.

       Discovery in this matter is stayed pending the briefing and resolution of Defendant's anticipated motion to dismiss.

SO ORDERED.

Dated:   May 30, 2025
              New York, New York

                                                                    _____
                                                                        GREGORY H. WOODS
                                                                    United States District Judge