UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2025
```

------------------------------------------------------------ X
                              :

ELAINE GREENWOOD, *individually and doing*    :
*business as* Logres Farm,                      :
                              :
                     Plaintiff,    :
                              :              1:23-cv-10516-GHW
              -against-             :
                              :                  ORDER
AMERICAN KENNEL CLUB,            :
                              :
                     Defendant.    :
                              :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

        In response to Defendant's June 27, 2025 motion to dismiss, Dkt. No. 23, Plaintiff has amended her complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B). Accordingly, Defendant's motion to dismiss is denied as moot. Pursuant to the Court's Individual Rule 3(D), the deadline for Defendant to answer or otherwise respond to the amended complaint is August 8, 2025.

        The Clerk of Court is directed to mail a copy of this order to Plaintiff at 80 Denton Street, Columbus, North Carolina 28722, and to terminate the motion pending at Dkt. No. 23.

SO ORDERED.

Dated:   July 21, 2025
         New York, New York

                                  _____
                                     GREGORY H. WOODS
                                  United States District Judge