USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
ELAINE GREENWOOD, *individually and doing* :
*business as* Logres Farm, :
:
Plaintiff, :
: 1:23-cv-10516-GHW
-against- :
: ORDER
AMERICAN KENNEL CLUB, :
:
Defendant. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

  In response to Defendant's June 27, 2025 motion to dismiss Plaintiff's original complaint, Dkt. No. 23, Plaintiff amended her complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B), Dkt. No. 25. An amended complaint "ordinarily supersedes the original and renders it of no legal effect." *In re Crysen/Montenay Energy Co.*, 226 F.3d 160, 162 (2d Cir. 2000). Accordingly, on July 21, 2025, the Court denied Defendant's motion to dismiss Plaintiff's original complaint as moot. Dkt. No. 26. Because Defendant's motion has already been denied, Plaintiff's July 23, 2025 opposition to Defendant's motion has no effect. The Court therefore will not consider Plaintiff's opposition.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff at 80 Denton Street, Columbus, North Carolina 28722, and to terminate the motion pending at Dkt. No. 29.

SO ORDERED.

Dated:  July 24, 2025
    New York, New York

                 _____
                   GREGORY H. WOODS
                   United States District Judge