```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                 :

  ELAINE GREENWOOD, *individually and doing*   :
  *business as* LOGRES FARM,   :
                                  :                1:23-cv-10516-GHW
                         Plaintiff,   :
                                  :                 ORDER
          -against-   :
                                  :

  AMERICAN KENNEL CLUB,   :
                                  :
                    Defendant.   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On March 11, 2026, Plaintiff requested that the Court strike the document she asserts was a "discarded draft" and inadvertently filed. Dkt. No. 55; Dkt. No. 56; Dkt. No. 57. Because the Court has already acted on Plaintiff's letter,[1] *see* Dkt. No. 54, the Court will not now strike Plaintiff's filing.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 56 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    March 12, 2026
          New York, New York

                                _____
                                 GREGORY H. WOODS
                            United States District Judge

---

[1] Plaintiff requests that the Court strike "Dkt. No. 54" which, she asserts is the inadvertently filed document. But Plaintiff's filing is Dkt. No. 53—Dkt. No. 54 is the Court's endorsement of Plaintiff's filing. Because Plaintiff is proceeding pro se, the Court construes her request as a request to strike Dkt. No. 53.