**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 ELAINE GREENWOOD,

                        Plaintiff,

      -against-                                  23 **CIVIL** 10516 (GHW)

                                                    **JUDGMENT**

AMERICAN KENNEL CLUB,

                        Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 24, 2026, Defendant's motion to dismiss is GRANTED.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). Accordingly, judgment is entered in favor of Defendant on all counts and the case is closed.

**Dated:** New York, New York

      April 27, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                          **Clerk of Court**

                     **BY:** _____
                                   **Deputy Clerk**